IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CHRISTOPHER M. ELLINGTON, | § § § | No. 336, 2024 |
| Plaintiff Below, Appellant, | § § § | Court Below–Superior Court of the State of Delaware |
| v. | § § | C.A. No. S23C-11-021 |
| STEVE MISSIMER, ET AL., | § § § | |
| Defendants Below, Appellees. | § § | |

Submitted: January 14, 2025
Decided: January 16, 2025

## **<u>ORDER</u>**

On November 14, 2024, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant, Christopher Ellington, because he had not filed an opening brief by the November 10, 2024 deadline set by the Court. On December 9, 2024, the Chief Deputy Clerk issued a notice, sent by certified mail, to Ellington directing him to show cause why this appeal should not be dismissed for his failure to file an opening brief. The notice to show cause was returned to the Court as unclaimed and unable to be forwarded. On January 3, 2025, the Senior Court Clerk sent the notice to show cause to Ellington at the email address he provided to the Court in his notice of appeal. A timely response to the notice was due on or before January 13, 2025. To date, Ellington has not provided an updated address (physical

or email) to the Court, responded to the notice to show cause, or filed an opening brief. Under the circumstances, dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED that this appeal be DISMISSED under Supreme Court Rules 3(b)(2) and 29(b).

BY THE COURT:

*/s/ Karen L. Valihura*
Justice